Before DAVIS, STEWART, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Mauricio Ivan Vera–Rodriguez presents arguments that he concedes are foreclosed by *United States v. Gomez–Herrera*, 523 F.3d 554, 557–64 (5th Cir.), *petition for cert. filed* (July 2, 2008) (No. 08–5226), which held that any disparity in sentencing between fast-track and non-fast-track jurisdictions is a function of Congressional policy and is not "unwarranted" under 18 U.S.C. § 3553(a)(6), and by *United States v. Rodriguez*, 523 F.3d 519, 526–27 (5th Cir.), *petition for cert. filed* (June 30, 2008) (No. 08–5101), which held that the lack of a fast-track program does not result in a violation of equal protection rights. *See also United States v. Lopez–Velasquez*, 526 F.3d 804, 808 (5th Cir.), *petition for cert. filed* (July 25, 2008) (No. 08–5514). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee

v.

Jose Roberto LOPEZ, Defendant–Appellant.

No. 08–10437

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 5, 2008.

Denise B. Williams, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before DAVIS, STEWART, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Roberto Lopez presents arguments that he concedes are foreclosed by *United States v. Gomez–Herrera*, 523 F.3d 554, 557–64 (5th Cir.), *petition for cert. filed* (July 2, 2008) (No. 08–5226) which held that any disparity in sentencing between fast-track and non-fast-track jurisdictions is a function of Congressional policy and is not "unwarranted" under 18

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 3553(a)(6), and by *United States v. Rodriguez*, 523 F.3d 519, 526–27 (5th Cir.), *petition for cert. filed* (June 30, 2008) (No. 08–5101) which held that the lack of a fast-track program does not result in a violation of equal protection rights. *See also United States v. Lopez–Velasquez*, 526 F.3d 804, 808 (5th Cir.), *petition for cert. filed* (July 25, 2008) (No. 08–5514). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

## UNITED STATES of America, Plaintiff–Appellee

v.

## Denis Leonel OCAMPO–ZUNIGA, Defendant–Appellant.

### No. 08–50087

### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 5, 2008.

Ellen A. Lockwood, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Henry Joseph Bemporad, Federal, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Denis Leonel Ocampo–Zuniga appeals the sentence imposed following his guilty-plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. Ocampo claims: although his sentence was within the advisory guidelines range, it should not be presumed reasonable because Guideline § 2L1.2 is flawed under *Kimbrough v. United States*, —— U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007), wherein the Supreme Court recognized that certain Guidelines do not take account of empirical data and national experience. Ocampo also contends that his

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.